IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

        Petitioner,               No. CIV S-07-0146 MCE GGH P

    vs.

D.K. SISTO,

        Respondent.         <u>ORDER</u>

_____/

        Court records indicate that petitioner has paid the $5 filing fee twice. Accordingly, IT IS HEREBY ORDERED that:

             1. The Clerk of the Court is directed to refund petitioner $5 for his overpayment;

             2. The Clerk of the Court shall serve a copy of this order on the Financial Office of the Court.

DATED: 4/20/07

                      /s/ Gregory G. Hollows
_____
                    UNITED STATES MAGISTRATE JUDGE

arr146.ref

1