IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS SOLIS ARREOLA,

    Petitioner,           No. CIV S-07-0146 MCE GGH P

  vs.

D.K. SISTO,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 17, 2007 motion for an extension of time is granted; and

        2. Petitioner shall file and serve a reply on or before May 18, 2007.

DATED: 4/27/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:mp
arre0146.111